1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   DOMINION AND FIDELITY HOLY              No. 2:25-cv-01456-DJC-SCR
     GLOBAL MINISTRIES TRUST,
12
                    Plaintiff,
13                                           **ORDER**
            v.
14
     CROSSCOUNTRY MORTGAGE, et al.,
15
                    Defendants.
16

17

18        This matter was removed from San Joaquin County Superior Court to this Court

19   on May 22, 2025.  (ECF No. 1.)  On June 9, 2025, Plaintiff filed a Motion to Remand

20   and Request for Costs and Fees, but did so pro se as a corporate entity.  (ECF No. 11.)

21   On June 11, 2025, the Court issued a Minute Order informing Plaintiff that under

22   Local Rule 183(a), a corporation or other similar entity may appear only by attorney,

23   and instructed Plaintiff to file a notice of appearance of counsel in accordance with

24   Local Rule 182(a)(2).  (ECF No. 13.)  That Minute Order also advised that the Court

25   would dismiss this action for failure to prosecute if Plaintiff did not comply with that

26   requirement.  (*Id.*)  Plaintiff has not taken any steps to comply with this Court's June

27   11, 2025 Order.  On that basis, Defendant Flagstar Bank, N.A. requests that the Court

28   dismiss this action.  (ECF No. 21.)

                                            1

1   Separately, on June 6, 26, and 27, and July 18, 2025, Defendants filed separate

2   Motion to Dismiss on the merits.  (ECF Nos. 8, 14, 15, 22.)  Plaintiff has not filed any

3   oppositions to Defendants' Motions to Dismiss and has missed her deadline to do so

4   for three of those Motions under Local Rule 230(c).  The deadline for Plaintiff to file an

5   opposition or statement of non-opposition was fourteen days after the Motion to

6   Dismiss was filed.  L.R. 230(c); *see* Fed. R. Civ. P. 78.  Under Local Rule 230(c), failure

7   to file a timely opposition may be construed by the Court as non-opposition to the

8   motion.

9   In accordance with Plaintiff's failure to obtain counsel pursuant to this Court's

10  June 11, 2025 Order, and considering Plaintiff's failure to contest Defendants' Motions

11  to Dismiss, the Court will dismiss the present action.

12  Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED without

13  prejudice for failure to prosecute and failure to comply with court orders.  *See* Local

14  Rule 110; Fed. R. Civ. P. 41(b).  This order resolves all pending docket entries, and the

15  Clerk of the Court is directed to close this case.

16

17  IT IS SO ORDERED.

18  Dated:   **July 25, 2025**

Hon. Daniel J. Calabretta
19  UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27  DJC5 – Dominion225-cv-01456.ftp

28

2